1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10  SUSANA GARCIA,                    )   NO. CV 07-0056 SS
                                      )
11              Plaintiff,            )
                                      )   **JUDGMENT**
12         v.                         )
                                      )
13  MICHAEL J. ASTRUE,                )
    Commissioner of the Social        )
14  Security Administration,          )
                                      )
15              Defendant.            )
    _____  )

16
17
18        IT IS ADJUDGED that the decision of the Commissioner is REVERSED

19  and that the above-captioned action is REMANDED to the Commissioner for

20  further action consistent with the Court's Memorandum Decision and

21  Order.

22

23  DATED: January 17, 2008.

24                                         /s/

25                                    _____
26                                    SUZANNE H. SEGAL
                                      UNITED STATES MAGISTRATE JUDGE
27

28

                                    12